UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> STONE & WEBSTER, INC., STONE & WEBSTER MASSACHUSETTS, INC., and THE SHAW GROUP, INC., <br><br> Defendants. | Civil Action No. 04-10697 (MEL) |

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF COMPUTER ASSOCIATES INTERNATIONAL, INC.**

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff Computer Associates International, Inc. states that it does not have a parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted,

COMPUTER ASSOCIATES
INTERNATIONAL, INC.

By its attorneys:

_/s/ R. M. Harper II_
Douglas R. Gooding (BBO No. 558976)
Richard M. Harper II (BBO No. 634782)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 248-5000

# CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE

53 STATE STREET

BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000 • FAX (617) 248-4000

WWW.CHOATE.COM

RICHARD M. HARPER II
DIRECT DIAL: (617) 248-5084
EMAIL: RHARPER@CHOATE.COM

April 6, 2004

**BY FIRST CLASS MAIL**

Clerk of Court - Civil
UNITED STATES DISTRICT COURT
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, Massachusetts 02210

> Re: *Computer Associates International, Inc. v. Stone & Webster, Inc., Stone & Webster Massachusetts, Inc., and The Shaw Group, Inc.*
> Civil Action No. 04-10697 (MEL)

Dear Sir or Madam:

Enclosed for filing, please find the following:

1. Corporate Disclosure Statement of Plaintiff Computer Associates International, Inc.

Thank you for your attention in this matter.

Sincerely,

Richard M. Harper II

Enclosures

3677014v1