AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

FILED
CLERKS OFFICE

2004 APR 12  P 4: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| Computer Associates International, Inc. | v. | Stone & Webster, Inc., Stone & Webster Massachusetts, Inc., and The Shaw Group, Inc. |

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04   10697 MEL

TO: (Name and address of Defendant)

Stone & Webster Massachusetts, Inc.
c/o CT Corporation
101 Federal Street
Boston, Massachusetts 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Gooding
Richard M. Harper II
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109
617-248-5000

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                             4-5-04

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE April 7, 2004 |
|---|---|
| NAME OF SERVER *(PRINT)*     Jill Sartori | TITLE     Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Served upon Yvette Concepcion of CT Corporation System, registered agent of Stone & Webster Massachusetts, Inc., at 101 Federal Street, Boston, MA 02110.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    April 7, 2004        _Signature of Server_

       Date

            6 Beacon Street, Boston, MA 02108

            _Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.