AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 APR 12 P 4:06

| | | |
|---|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC. | V. | STONE & WEBSTER, INC., STONE & WEBSTER MASSACHUSETTS, INC., and THE SHAW GROUP, INC. |

**SUMMONS IN A CIVIL CASE**

DISTRICT OF MASS.

CASE NUMBER:

# 04 10697 MEL

TO: (Name and address of Defendant)

Stone & Webster, Inc.
c/o CT Corporation
101 Federal Street
Boston, Massachusetts 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Gooding
Richard M. Harper II
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109
617-248-5000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

4-5-04

CLERK

(By) DEPUTY CLERK

⸺AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>April 7, 2004 |
| NAME OF SERVER *(PRINT)*<br>Jill Sartori | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Yvette Concepcion of CT Corporation System, registered agent of Stone & Webster, Inc., at 101 Federal Street, Boston, MA 02110.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 7, 2004      *(signature)*
        Date            Signature of Server

        6 Beacon Street, Boston, MA 02108
        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.