AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
CLERKS OFFICE

2004 APR 12 P 4: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

COMPUTER ASSOCIATES INTERNATIONAL, INC.

V.

STONE & WEBSTER, INC., STONE & WEBSTER MASSACHUSETTS, INC., and THE SHAW GROUP, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04 10697 MEL

TO: (Name and address of Defendant)

The Shaw Group, Inc.
c/o Gary Graphia, Esq.
  Secretary and General Counsel
4171 Essen Lane
Baton Rouge, Louisiana  70809

The Shaw Group, Inc.
c/o CT Corporation System
8550 United Plaza Blvd
Baton Rouge, Louisiana 70809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Gooding
Richard M. Harper II
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109
617-248-5000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



4-5.04

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | April 7, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Brenda Toland | Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by certified mail to the defendant and the defendant's appointed agent per Fed. R. Civ. P. 4(h) & (e)(1) and Mass. R. Civ. P. 4(e)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 7, 2004         /s/ Brenda Toland
                  Date                    Signature of Server

Choate, Hall & Stewart; 53 State Street, Boston, MA 02109
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.