UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> STONE & WEBSTER, INC., STONE & WEBSTER MASSACHUSETTS, INC., and THE SHAW GROUP, INC., <br><br> Defendants. | Civil Action No. 04-10697 (MEL) |

## STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER

Plaintiff Computer Associates International, Inc. ("CA") and defendants Stone & Webster, Inc., Stone & Webster Massachusetts, Inc., and the Shaw Group, Inc. (the "defendants") hereby stipulate, subject to the approval of the Court, that the time within which the defendants may respond to the Complaint is extended to and includes May 11, 2004.

COMPUTER ASSOCIATES
INTERNATIONAL, INC.,

By its counsel,

/s/ R.M. Harper

Douglas R. Gooding (BBO No. 558976)
Richard M. Harper II (BBO No. 634782)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 248-5000

Dated: April 26, 2004

STONE & WEBSTER, INC., STONE & WEBSTER MASSACHUSETTS, INC., and THE SHAW GROUP, INC.,

By their counsel,

/s/ Ken Jenkins

Ken Jenkins (BBO No. 251020)
EMC Division Counsel
Shaw/Stone & Webster
ken.jenkins@shawgrp.com

3690910v1