UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> STONE & WEBSTER, INC., STONE & WEBSTER MASSACHUSETTS, INC., and THE SHAW GROUP, INC., <br><br> Defendants. | Civil Action No. 04-10697 (MEL) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff, Computer Associates International, Inc., hereby voluntarily dismisses the above-captioned action with prejudice.

Respectfully submitted,

COMPUTER ASSOCIATES
INTERNATIONAL, INC.

By its attorneys:

Douglas R. Gooding  (BBO No. 558976)
Richard M. Harper II  (BBO No. 634782)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 248-5000

Dated: May 17, 2004

3699346v1